# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**BYRON ALEXANDER,**              **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**AHAVA HEALTH CARE LLC, ET AL.,**     **CASE NO: 23-2034-STA-jay**

    **Defendants.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** entered on February 11, 2025, the motion for summary judgment is GRANTED in favor of the Defendants.

                                       **APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 2/12/2025**               Wendy R. Oliver
                                       **Clerk of Court**

                                       s/Maurice B. BRYSON

                                       **(By) Deputy Clerk**